IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:20CR479-1 |
| JASON SHUANG XU | : |

The United States Attorney charges:

On or about November 27, 2018, in the County of Orange, in the Middle District of North Carolina, JASON SHUANG XU knowingly and intentionally did unlawfully use a communication facility, that is, a cellular telephone assigned number 502-810-4188, to cause and facilitate the unlawful and intentional distribution of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812, a felony under Title 21, United States Code, Sections 841(a)(1) and 846; in violation of Title 21, United States Code, Section 843(b).

DATED: November 30, 2020

MATTHEW G.T. MARTIN
United States Attorney

*Sandra J Hairston*
BY: SANDRA J. HAIRSTON
First Assistant
United States Attorney